United States District Court
Southern District of Texas

**ENTERED**

July 25, 2024

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERTO SALINAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00160 |
| | § | |
| KIMBERLY PEREZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation ("M&R"). (D.E. 16). The M&R recommends that this Court dismiss without prejudice Plaintiff's claims against Lt. Perez, Sheriff Ramirez, Clerk Lichtenberger, and County Attorney Gutierrez in their official capacities. (D.E. 16, p. 23). Additionally, the M&R recommends that this Court retain Plaintiff's Fourth Amendment false imprisonment claims against Lt. Perez and Sheriff Ramirez in their individual capacities, retain supplemental jurisdiction over Plaintiff's state law claim of criminal trespass against Sheriff Ramirez in his individual capacity and dismiss it with prejudice, and dismiss with prejudice Plaintiff's remaining § 1983 claims. (D.E. 16, p. 23–24).

Plaintiff was provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed.[1] When no timely objection has been filed, the district court need only

---

[1] After entry of the D.E. 16 M&R, a copy of that M&R was mailed to Plaintiff—but it was returned undeliverable. *See* (D.E. 22). Subsequently, a copy of the D.E. 16 M&R was mailed to Plaintiff's updated address. *See* (D.E 16) (docket entry noting copy of D.E. 16 M&R was mailed to updated address). Plaintiff acknowledged service of the D.E. 16 M&R on February 28, 2024. *See* (D.E. 44). Over fourteen days have passed since Plaintiff's acknowledgement of service. *See id.* No objection has been filed. *See* FED. R. CIV. P. 72(b). As such, Plaintiff was given notice and opportunity to object to the D.E. 16 M&R, but failed to do so. *See id.*; 28 U.S.C. § 636(b)(1).

determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Badaiki v. Schlumberger Holdings Corp.*, 512 F. Supp. 3d 741, 743–44 (S.D. Tex. 2021) (Eskridge, J.).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 16). Accordingly, the Court **DISMISSES without prejudice** Plaintiff's claims against Lt. Perez, Sheriff Ramirez, Clerk Lichtenberger, and County Attorney Gutierrez in their official capacities, **RETAINS** Plaintiff's Fourth Amendment false imprisonment claims against Lt. Perez and Sheriff Ramirez in their individual capacities, **RETAINS** supplemental jurisdiction over Plaintiff's state law claim of criminal trespass, **DISMISSES with prejudice** the criminal trespass claim against Sheriff Ramirez in his individual capacity, and **DISMISSES with prejudice** Plaintiff's remaining § 1983 claims.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       July 25, 2024

2 / 2