Case 2:23-cv-00160   Document 59   Filed on 07/31/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERTO J. SALINAS, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 2:23-CV-00160 |
| KIMBERLY PEREZ, *et al.*, | | |
| Defendants. | | |

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 43). The M&R recommends that the Court deny Plaintiff's motion for default judgment, *see* (D.E. 29; D.E. 43, p. 4). Plaintiff has filed a written objection to the M&R. (D.E. 46).

When a party objects to the findings and recommendations of a magistrate judge, the district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(l)(C). As to any portion for which no objection is filed, a district court reviews for clearly erroneous factual findings and conclusions of law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Plaintiff's objection to the M&R states that Defendants "had notice of them being sued . . . since 6/23/2023." (D.E. 46, p. 1). Consequently, Plaintiff argues that the Court must grant Plaintiff's motion for default judgment. *See id.* at 1–2. This is incorrect. In a prisoner litigation case where the plaintiff is proceeding in forma pauperis, "officers of the court shall issue and serve all process, and perform all duties in such cases." 28 U.S.C. § 1915(d). Consistent with § 1915,

Judge Hampton, after screening the case, *see* (D.E. 16, p. 1–2), ordered the United States Marshal to serve the retained Defendants in January 2024. *See* (D.E. 28). The summons was returned executed as to Defendants Romeo Ramirez and Kimberly Perez on January 8, 2024. *See* (D.E. 30). Defendants filed timely answers. *See* (D.E. 32; D.E. 33; D.E. 34). As such, Plaintiff is not entitled to a default judgment. The Court will address the case on the merits and rule on the pending motion for summary judgment. *See* (D.E. 56). Accordingly, the Court **OVERRULES** Plaintiff's objection. (D.E. 46).

Having reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiffs objections are directed, 28 U.S.C. § 636(b)(l)(C), the Court **OVERRULES** Plaintiff's objection, (D.E. 46), and **ADOPTS** the findings and conclusions of the M&R, (D.E. 43). Accordingly, the Court **DENIES** Plaintiff's motion for default judgment. (D.E. 29).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
July 31st, 2024